IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDERSON THURSTON,** | Case No. 2:18-cv-00527 CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. YOUNGER, et al.,** | |
| Defendants. | |

The Court, having considered Defendant's motion to modify the discovery and scheduling order, and good cause appearing:

**IT IS HEREBY ORDERED** that the Court's October 22, 2018 discovery and scheduling order is vacated. The Court will issue a new discovery and scheduling order, if necessary, after the parties' settlement conference scheduled for January 15, 2019.

Dated: November 14, 2018

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE