UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON P. THURSTON, | No. 2:18-cv-0527 CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. YOUNGER, | |
| Defendant. | |

On February 28, 2019, plaintiff filed a motion asking that the court order defendant to provide plaintiff with initial discovery as provided for in Federal Rule of Civil Procedure 26(a)(1)(A). However, pursuant to Rule 26(a)(1)(B)(iv), Rule 26(a)(1)(A) does not apply in actions such as this one where the plaintiff is proceeding pro se and is incarcerated. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 26) is denied.

Dated: March 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thur0527.26