UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON P. THURSTON, | No. 2:18-cv-0527 CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. YOUNGER, | |
| Defendant. | |

Plaintiff has requested that the court order officials at his prison to provide plaintiff with immediate access to his legal materials. Plaintiff does not indicate why he needs immediate access to the materials. A review of the court's docket reveals defendant's motion for summary judgment is submitted to the court for decision, discovery is closed and the deadline for filing pretrial motions has passed. Because the record before the court does not demonstrate that plaintiff requires immediate access to any material related to this case, plaintiff's request will be denied. If, in the future, plaintiff seeks an order from the court directing prison officials to provide plaintiff with documents, access to the law library, etc., plaintiff must demonstrate in which specific manner denial of such access is hampering his ability to pursue his remaining claims.

/////

/////

In light of the foregoing, IT IS HEREBY ORDERED that plaintiff's March 9, 2020 request that the court order officials at his prison to provide plaintiff with immediate access to his legal materials is denied.

Dated: March 12, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thur0527.prop