UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON P. THURSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. YOUNGER, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-0527 TLN CKD P<br><br><br>ORDER |

Counsel jointly request that the court hold a telephonic conference to discuss "what the court expects with respect to the submission of a joint pre-trial statement and other pre-trial documents now that Plaintiff is being represented by counsel." ECF No. 57. The request the court hold a telephonic conference is denied.  As to the contents of pretrial statements, counsel should review the court's August 21, 2020 order (ECF No. 53) and Local Rule 281.  As indicated in the court's prior order, the parties shall file separate pre-trial statements and not a joint one.

Dated:  November 8, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
thur0527.pts(2)