UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON P. THURSTON,<br><br>       Plaintiff,<br><br>    v.<br><br>R. YOUNGER,<br><br>       Defendant. | No.  2:18-cv-0527 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion seeking the attendance of three inmate witnesses at trial. Defendant does not oppose the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appearance of incarcerated witnesses at trial (ECF No. 60) is granted.

2. Prior to trial, the court will issue writs of habeas corpus ad testificandum for inmates Wayne Steve Maynor (AN4118), Vencil Green (C61557) and Vershawn Anthony Rucker (AG0529). The parties are informed that, due to the Covid 19 pandemic, the court is snot scheduling trials at this time.

Dated: April 26, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/thur0527.m