1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDERSON THURSTON,                    No.  2:18-cv-00527-TLN-CKD

12              Plaintiff,

13        v.                                **ORDER**

14    R. YOUNGER, et al.,

15              Defendants.

16

17        **THIS MATTER** is before the Court on Plaintiff Anderson Thurston and Defendant R.

18    Younger's (collectively, the "Parties") Joint Motion to Dismiss Pursuant to Rule 41(a)(2).  (ECF

19    No. 77.)  The Parties agree that the action has been settled and that the settlement reached fully

20    resolves the claims in Plaintiff's Complaint.  Accordingly, the Parties request in the instant

21    motion that the action be dismissed with prejudice and that the Court retain jurisdiction to enforce

22    the terms of their settlement agreement.  For the reasons stated in the Parties' motion, the Court

23    finds that the proposed dismissal is proper under Rule 41(a)(2) of the Federal Rules of Civil

24    Procedure.

25    ///

26    ///

27    ///

28    ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.  With the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement;

2.  Except as provided in Paragraph 1, the case is DISMISSED with prejudice; and

3.  Each party shall bear their own costs and fees.

**DATED:  August 15, 2022**

Troy L. Nunley
United States District Judge

2